UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | )<br>) Case No. 3:16-PO-008 |
| MARSHALL HUNT, | )<br>) VIO: 38 U.S.C. § 901(c), Violating a |
| Defendant. | ) Department of Veterans Affairs<br>) Security and Law Enforcement<br>) Regulation – Entering Premises<br>) Under the Influence of Alcohol |

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 APR -1 AM 8: 26
CLERK_____
SO. DIST. OF GA.

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of Federal Rules of Criminal Procedure, in the interest of justice because the matter has been resolved through the Central Violation Bureau process, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia, hereby dismisses without prejudice Information 3:16-PO-008.

Nancy C. Greenwood
Assistant United States Attorney
Georgia Bar. No. 309179
Post Office Box 2017
Augusta, Georgia 30903
(706) 724-0517

Leave of Court is granted for the filing of the foregoing dismissal.

This 31st day of March, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA